IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIO SOTO,

    Plaintiff,

v.                                                                             Civ. No. 20-0396 KG-GBW

METROPOLITAN DETENTION CENTER, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCIES

        This matter comes before the Court on Plaintiff's Letter Regarding Civil Rights Violations (Doc. 1). Plaintiff is a detainee at the Metropolitan Detention Center (MDC). The letter raises civil rights claims based on MDC's failure to provide COVID-19 testing, masks, protective equipment, and cleaning supplies. The current filing is deficient, for two reasons. First, the letter was signed by 21 detainees, and there is no way to evaluate whether any individual is subject to an unreasonable risk of harm. If Plaintiff wishes to pursue civil rights claims, he must refile the complaint on the proper form and allege individualized facts explaining why his conditions of confinement are unconstitutional. Plaintiff must also prepay the $400 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month account statement. *See* 28 U.S.C. § 1915(a)(2).

        Plaintiff must cure both deficiencies promptly, but no later than May 25, 2020. If Plaintiff seeks urgent relief, he is encouraged to file his Section 1983 complaint as soon as possible. Upon receipt of the individual complaint, the Court will determine whether to consider the matter on an expedited schedule. Plaintiff is also advised that filings must include his case number (Civ. No.

20-0396 KG-GBW). The failure to timely refile an individual civil rights complaint <u>and</u> address the filing fee may result in dismissal of this case without further notice.

IT IS ORDERED:

1. No later than May 25, 2020, Plaintiff shall: (a) refile his individual claims on the proper civil rights form; and (b) either prepay the $400 filing fee or, alternatively, file an *in forma pauperis* complaint along with an inmate account statement reflecting six months of transactions.

2. The Clerk's Office shall send Plaintiff a form Section 1983 complaint and a form motion to proceed *in forma pauperis*.

                                              _____
                                              UNITED STATES DISTRICT JUDGE