IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIO SOTO,

    Plaintiff,

v.                                                            Civ. No. 20-396 KG-GBW

METROPOLITAN DETENTION CENTER, *et al*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Civil Rights Complaint (Doc. 1) is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE